# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| CALVIN LEVERNE CORPENING JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-CV-00122-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| WENDALL HARGRAVE<br>FNU MEYERS<br>VICKIE COFFEE<br>FNU TATE<br>T. CANDACE DALTON<br>SUSAN R. WHITE<br>BEN CARVER, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2015, Order.

Signed: June 22, 2015

_____
Frank G. Johns, Clerk
United States District Court